Certificate Number: 15317-PAE-DE-037420056

Bankruptcy Case Number: 18-11659



15317-PAE-DE-037420056

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 10, 2023</u>, at <u>5:38</u> o'clock <u>PM PDT</u>, <u>Tracye T Turk</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 10, 2023</u>          By: <u>/s/Jerry Fajardo</u>

Name: <u>Jerry Fajardo</u>

Title: <u>Counselor</u>