Certificate Number: 15317-PAE-DE-037420055

Bankruptcy Case Number: 18-11659



15317-PAE-DE-037420055

# C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on May 10, 2023, at 5:38 o'clock PM PDT, Tracey Qualls-Turk completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 10, 2023    By:   /s/Jerry Fajardo

Name:   Jerry Fajardo

Title:   Counselor