United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 18-11659-amc

Tracye T Turk                                                                                 Chapter 13

Tracey Qualls-Turk

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tracye T Turk, Tracey Qualls-Turk, 838 Longshore Avenue, Philadelphia, PA 19111-4423 |
| 14588508 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14071711 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14200356 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, ste. 150, King of Prussia, PA 19406-4702 |
| 14779698 | + | Lakeview Loan Servicing, LLC, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 12 2023 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14161880 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 12 2023 23:57:00 | ACAR Leasing LTD, PO BOX 183853, Arlington, TX 76096-3853 |
| 14588109 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 12 2023 23:57:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14093111 | | Email/PDF: bncnotices@becket-lee.com | May 13 2023 00:15:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14071713 | + | Email/PDF: bncnotices@becket-lee.com | May 13 2023 00:15:51 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14106150 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2023 23:57:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14109852 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 12 2023 23:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14071714 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2023 00:04:59 | Best Buy, Capital One Retail Services, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14071715 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2023 23:57:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14071716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 12 2023 23:57:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14071718 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 13 2023 00:04:35 | Capital One, 15000 Capital One Dr, Richmond, |

District/off: 0313-2                                    User: admin                                    Page 2 of 4
Date Rcvd: May 12, 2023                            Form ID: 138OBJ                            Total Noticed: 44

|  |  |  |  |
|---|---|---|---|
|  |  |  | VA 23238 |
| 14189834 |  | Email/Text: megan.harper@phila.gov | |
|  |  | May 12 2023 23:58:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14071722 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 12 2023 23:57:00 | Comenitybank/gandrmtmc, Po Box 182789, Columbus, OH 43218-2789 |
| 14071723 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 12 2023 23:57:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14071724 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 12 2023 23:57:00 | Comenitybk/amrsign, Po Box 182789, Columbus, OH 43218-2789 |
| 14071725 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
|  |  | May 12 2023 23:57:00 | Comenitycb/gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14071726 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | May 13 2023 00:04:44 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14098724 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 13 2023 00:04:44 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14071727 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
|  |  | May 13 2023 00:04:45 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14262788 |  | Email/Text: bnc-quantum@quantum3group.com | |
|  |  | May 12 2023 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14071728 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
|  |  | May 12 2023 23:57:00 | Embrace/atlanticus, Pob 105555, Atlanta, GA 30348-5555 |
| 14071729 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | |
|  |  | May 12 2023 23:57:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14071720 |  | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | May 13 2023 00:04:31 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14071721 |  | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | May 13 2023 00:04:34 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 14109256 |  | Email/PDF: ais.chase.ebn@aisinfo.com | |
|  |  | May 13 2023 00:04:59 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14108038 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | May 13 2023 00:04:44 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14108085 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | May 13 2023 00:04:33 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779246 | ^ | MEBN | |
|  |  | May 12 2023 23:56:08 | Lakeview Loan Servicing LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14102818 | + | Email/Text: bankruptcydpt@mcmcg.com | |
|  |  | May 12 2023 23:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14080909 |  | Email/PDF: cbp@onemainfinancial.com | |
|  |  | May 13 2023 00:05:00 | OneMain Financial, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14071731 | + | Email/PDF: cbp@onemainfinancial.com | |
|  |  | May 13 2023 00:04:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14103081 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
|  |  | May 13 2023 00:04:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14071892 | + | Email/PDF: rmscedi@recoverycorp.com | |
|  |  | May 13 2023 00:15:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14071732 | + | Email/Text: clientservices@remexinc.com | |
|  |  | May 12 2023 23:57:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: May 12, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| 14071733 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2023 00:16:00 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14071734 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2023 00:04:33 | Syncb/tjx Cos Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14104298 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 12 2023 23:57:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 14071735 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 12 2023 23:57:00 | Us Dept Of Ed/glesli, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14071712 | *+ | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14071717 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14071719 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14071730 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14245329 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk VA 23541 |
| 14071736 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14071737 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 14071738 | *+ | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Tracye T Turk bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| GEORGETTE MILLER | on behalf of Joint Debtor Tracey Qualls-Turk bky@dilworthlaw.com  miller.georgetter93726@notify.bestcase.com |
| KEVIN S. FRANKEL | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com |
| MARK A. CRONIN | |

District/off: 0313-2                        User: admin                                    Page 4 of 4

Date Rcvd: May 12, 2023                     Form ID: 138OBJ                                 Total Noticed: 44

    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC  bkgroup@kmllawgroup.com

MARK A. CRONIN

    on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Tracye T Turk and Tracey
Qualls−Turk

        Debtor(s)

Case No: 18−11659−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/12/23

73 − 61
Form 138OBJ